1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  Angela C. Viramontes No. 282281
   (E-Mail: Angela_Viramontes@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
7  Jinhee Kim

8

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION

11  UNITED STATES OF AMERICA,          Case No. 18 MJ 03169

12              Plaintiff,
                                       ASSERTION OF FIFTH AND SIXTH
13       v.                            AMENDMENT RIGHTS

14  Jinhee Kim                    ,

15              Defendant.

16       I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to

17  remain silent and to have counsel present at any and all of my interactions with the

18  government or others acting on the government's behalf. I do not wish to, and will not,

19  waive any of my constitutional rights except in the presence of counsel. I do not want

20  the government or others acting on the government's behalf to question me, or contact

21  me seeking waiver of any rights, unless my counsel is present.

22

23  (Defendant's signature)

24  Angela Viramontes

25  (Attorney's name printed)

26

27  (Attorney's signature)

28  Date: 11/30/18                     Time: 1:20          a.m./p.m.

FILED
CLERK, U.S. DISTRICT COURT

NOV 30 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY