

1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:   John.Lulejian@usdoj.gov

8  Attorneys for Applicant
   UNITED STATES OF AMERICA
9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE              No. 18-MJ-03169
    EXTRADITION OF
13                                    [Proposed] ORDER

14  JINHEE KIM
      aka "Jordan Kim,"
15
    A Fugitive from the Government
16  of the Republic of Korea.

17       Upon consideration of the request of the United States for the

18  detention of fugitive JINHEE KIM, also known as "Jordan Kim" ("KIM")

19  pending extradition proceedings, and good cause therefor appearing,

20       IT IS HEREBY ORDERED that said request is GRANTED, the Court

21  making the following findings of fact and conclusions of law:

22       1.   In foreign extradition matters there is a presumption

23  against bail and only "special circumstances" will justify release on

24  bail.  See United States v. Salerno, 878 F.2d 317, 317 (9th Cir.

25  1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36

26  (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th

27  Cir. 1984).  The burden of showing special circumstances exist rests

28

1  upon the fugitive.  See, e.g., Salerno, 878 F.2d at 317-18.  Here,

2  the Court finds that no such "special circumstances" exist.

3      2.    The government alternatively requests detention on the

4  grounds that KIM presents an unacceptable risk of (a) flight and/or

5  (b) danger to the community, even if the Court were to find that

6  special circumstances are present.

7      The Court hereby finds no combination of conditions that will

8  reasonably assure:

9          a.    (X) the appearance of fugitive as required; and/or

10         b.    (X) the safety of any person or the community

11  defense has submitted on issue of detention.

16  IT IS SO ORDERED.

18  Nov. 30, 2018

19  DATE                        UNITED STATES MAGISTRATE JUDGE

22  Presented by:

23  /s/ John J. Lulejian
    JOHN J. LULEJIAN
24  Assistant United States Attorney

                                2