1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Applicant
   UNITED STATES OF AMERICA
9

10                 UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 IN THE MATTER OF THE              No. MJ 18-03169
   EXTRADITION OF
13                                   AFFIDAVIT OF CONSENT TO
   JINHEE KIM                        EXTRADITION
14   aka "Jordan Kim,"

15 A Fugitive from the Government
   of the Republic of Korea.
16

17      I, JINHEE KIM, also known as "Jordan Kim," having been fully

18 informed by my attorney, Deputy Federal Public Defender Julia

19 Deixler, with whose services I am satisfied, that I have certain

20 rights pursuant to United States law, including 18 U.S.C. §§ 3184-

21 3196, and the extradition treaty in force between the United States

22 and the Republic of Korea ("Korea").  In particular, I understand

23 that:

24      1.   The Government of Korea, has requested my extradition; and

25      2.   Under 18 U.S.C. § 3184, I am entitled to a hearing at which

26 certain facts would need to be established, including:

27           a.   That currently there is an extradition treaty in force

28 between the United States and Korea;

      b.    That the treaty covers the offenses for which my extradition was requested;

      c.    That I am the person whose extradition is sought by Korea; and

      d.    That probable cause exists to believe that I committed the offenses for which extradition was requested.

I further understand that I cannot be extradited to Korea unless and until a court of the United States issues a ruling certifying my extraditability and the Secretary of State of the United States issues a warrant of surrender.

In full knowledge of the above, I hereby admit that I am the individual against whom charges are pending in Korea and for whom process is outstanding there. I further stipulate that there is probable cause to support my extradition to Korea for the charges for which extradition was sought. I consent to a certification by the Court of my extraditability without the need for a hearing as contemplated under 18 U.S.C. § 3184; to a decision by the Secretary of State authorizing my surrender; to be transported in custody, as soon as possible, to Korea, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Korea. I give this consent voluntarily, knowingly, and entirely of my own free will and accord. No representative, official, or officer of the United States or of the Government of Korea, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me.

I expressly reserve all rights to contest the charges against me in Korea. By executing this Affidavit of Consent, I do not make any admissions or relinquish any rights in the Korean proceedings.

Executed this 21st day of December, 2018, at Los Angeles, California.

_____
JINHEE KIM
Defendant-Relator

_____
JULIA DEIXLER
Deputy Federal Public Defender
Attorney for Defendant-Relator
JINHEE KIM

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney