```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0721
         Facsimile: (213) 894-0141
 7       E-mail:    John.Lulejian@usdoj.gov

 8  Attorneys for Applicant
    UNITED STATES OF AMERICA
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>JINHEE KIM<br>  aka "Jordan Kim,"<br><br>A Fugitive from the Government of the Republic of Korea. | No. MJ 18-03169<br><br>[PROPOSED] CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT |
|---|---|

The Court has received the Complaint filed on November 29, 2018, by John J. Lulejian, Assistant United States Attorney for the Central District of California, pursuant to the request of the Government of the Republic of Korea ("Korea"), for the extradition of JINHEE KIM, also known as "Jordan Kim." The Court has also received an Affidavit of Consent to Extradition, dated December 21, 2018, executed by JINHEE KIM and witnessed by his attorney, Deputy Federal Public Defender Julia Deixler (Docket No. 13).

On December 27, 2018, JINHEE KIM appeared before the Court in open session, accompanied by his attorney, and in the presence of the aforementioned Assistant United States Attorney. The Court addressed JINHEE KIM and is satisfied that he is aware of his rights as set

forth in the affidavit of consent to extradition and that the affidavit was executed knowingly and voluntarily.

Inasmuch as JINHEE KIM has conceded that he is extraditable on the charges for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in the custody of the United States Marshal pending arrival of duly authorized representatives of the Government of Korea to effect his transfer to Korea, the Court finds on the basis of the record herein and the representations of JINHEE KIM and counsel that:

1. The undersigned judicial officer is authorized under 18 U.S.C. § 3184, to conduct an extradition hearing;

2. The Court has personal jurisdiction over JINHEE KIM and subject matter jurisdiction over the case;

3. There is currently in force an extradition treaty between the Government of the United States and the Government of Korea: Extradition Treaty Between the Government of the United States of America and the Government of the Republic of Korea, U.K.-S. Korea, June 9, 1998, S. Treaty Doc. No. 106-2 (1999) (the "Extradition Treaty");

4. JINHEE KIM has been charged in Korea with embezzlement, counterfeiting, and uttering of false documents, in violation of Articles 231, 234, 355, and 356 of Korea's Criminal Act, and Article 3(1) of Korea's Act on the Aggravated Punishment, Etc. of Specific Economic Crimes;

5. These charges constitute extraditable offenses within the meaning of Article 2 of the Treaty;

2

6. Korea seeks the extradition of JINHEE KIM to be held for trial or other disposition; and

7. JINHEE KIM has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing, the Court concludes that JINHEE KIM is extraditable for each offense for which extradition was requested, and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

The Court further observes that JINHEE KIM expressly reserves all rights to contest the charges against him in Korea, and by executing the Affidavit of Consent, he does not make any admissions or relinquish any rights in the Korean proceedings.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that JINHEE KIM be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of duly authorized representatives of Korea, at which time JINHEE KIM together with any evidence seized incidental to his arrest and sought by the Government of Korea will be transferred to the custody of such authorized representatives of Korea at such time and place as mutually agreed

1  upon by the United States Marshal and the duly authorized
2  representatives of the Government of Korea to be transported to
3  Korea.
4      IT IS SO ORDERED.
5
6      Dated this __27__ day of December, 2018.
7
8
9                                        HONORABLE KAREN L. STEVENSON
10                                       United States Magistrate Judge
11
12 Presented by:
13 /s/ John J. Lulejian
   JOHN J. LULEJIAN
14 Assistant United States Attorney
15
16
17
18 I hereby attest and certify on 12/28/18
   that the foregoing document is a full, true
19 and correct copy of the original on file in
   my office, and in my legal custody.
20 CLERK U.S. DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
21    G. Roberson
   DEPUTY CLERK
22    1187
23
24
25
26
27
28

4